UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GRISELDA SAUCEDA,**

    **Plaintiff,**

v.                                    Case No: 8:17-cv-02978-VMC-AEP

**ALLY FINANCIAL, INC.**,

    **Defendant.**

_____/

## JOINT STATUS REPORT

**COME NOW**, Plaintiff, **GRISELDA SAUCEDA** ("Plaintiff"), and Defendant, **ALLY FINANCIAL, INC.** ("Defendants") (all parties collectively "the Parties"), by and through the undersigned counsel, do hereby submit their Joint Status Report pursuant to the Court's Orders dated May 8, 2018 (Doc. No. 21), and state that the Plaintiff has submitted her Demand for Arbitration in this matter to American Arbitration Association (AAA).

| The Law Office of Michael Ziegler, P.L. | Troutman Sanders, LLP |
|---|---|
| /s/ *Kaelyn Steinkraus* | */s/ Gillian D. Williston* |
| Kaelyn Steinkraus | Gillian DiFilippo Williston |
| FBN 125132 | Florida Bar No. 14270 |
| Kaelyn@zieglerlawoffice.com | Gillian.williston@troutmansanders.com |
| Michael A. Ziegler | 222 Central Park Avenue, Suite 2000 |
| FBN 74864 | Virginia Beach, VA 23462-3038 |
| mike@zieglerlawoffice.com | (757) 687-7517 (Main) |
| 13575 58th St. N., Ste. 129 | (757) 687-7510 (Facsimile) |
| Clearwater FL 33760 | *Attorney for Defendant Ally Financial, Inc.* |
| 727-538-4188 | |
| 727-362-4778 | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **10** day of **May, 2018**, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ *Kaelyn Steinkraus*
Kaelyn Steinkraus
FBN 125132